IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN EAGLEFEATHERS,<br><br>Defendant. | CR 22–89–BLG–DLC<br><br><br><br>ORDER |

Before the Court is Defendant's motion to correct sentence. (Doc. 176.) Through the motion, Defendant requests that the Court resentence Defendant to concurrent sentences by applying Section 5G1.3 of the United States Sentencing Guideline Manuel. (*Id.* at 1.)

Pursuant to statute, the Court was required to run the term of imprisonment in Count 2 consecutive to that of Count 1. (Doc. 129 ¶ 74.)

Accordingly, IT IS ORDERED that the motion (Doc. 176) is DENIED.

DATED this 11th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court